Bryan C. Assink
Texas State Bar No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: bryan.assink@bondsellis.com

**COUNSEL FOR REORGANIZED DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FORMATION HOLDINGS, LLC | § | |
| DBA WORTH STEEL FABRICATION, | § | Case No. 24-41329-elm11V |
| | § | |
| Debtor.[1] | § | |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER AND
(II) OCCURRENCE OF EFFECTIVE DATE**

  **PLEASE TAKE NOTICE** that on March 11, 2025, the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court") entered the *Order Confirming Modified First Amended Chapter 11 Plan of Reorganization of Formation Holdings, LLC* [Docket No. 176] (the "Confirmation Order") confirming the *Modified First Amended Chapter 11 Plan of Reorganization of Formation Holdings, LLC* [Docket No. 171] (the "Plan") filed by Formation Holdings, LLC dba Worth Steel Fabrication (the "Debtor").[2] The conditions precedent to the Effective Date of the Plan as listed in Article IX of the Plan have been satisfied or waived.

  **PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **March 18, 2025**. For purposes of calculating all filing and other deadlines in the Plan and Confirmation Order determined by reference to the Effective Date, such time periods below are then deemed to have commenced on March 18, 2025. Certain of these deadlines are set forth below:

| **Administrative Claim Bar Date** | **April 17, 2025** (30 days after the Effective Date). |
|---|---|
| **Administrative Claims Objection Deadline** | Within thirty (30) days after the filing of the applicable request for payment of the Administrative Claim. |

---

[1] The Debtor's mailing address is P.O. Box 11186, Fort Worth, TX 76110.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Confirmation Order, as applicable.

| | |
|---|---|
| **Non-Administrative Claims Objection Deadline** | The later of (i) 180 days after the Effective Date or (ii) such other period of limitation as may be specifically fixed by the Debtor or by Final Order of the Court for objecting to such claims or extending any deadline for objecting to such claims. |
| **Deadline to file Claims arising from the rejection of an Executory Contract or Unexpired Lease that has been rejected pursuant to the Plan or Confirmation Order** | Within 30 days after the later of (1) the date of entry of an order of the Court (including the Confirmation Order) approving such rejection, (2) the effective date of such rejection, or (3) the Effective Date. |
| **Professional Fee Claims Final Application Deadline** | **April 17, 2025** (30 days after the Effective Date). |

**PLEASE TAKE FURTHER NOTICE** that any Entity that believes it holds an unpaid claim entitled to administrative expense priority pursuant to Section 503(b) of the Code or otherwise must file and serve a motion for allowance and payment of such Administrative Claim on or before April 17, 2025, which is the Administrative Claim Bar Date. THIS SHALL SERVE AS NOTICE TO ALL HOLDERS OF ADMINISTRATIVE CLAIMS THAT THEY MUST FILE A MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM. ALL HOLDERS OF ADMINISTRATIVE CLAIMS THAT DO NOT FILE A MOTION FOR PAYMENT OF AN ADMINISTRATIVE CLAIM BY THE ADMINISTRATIVE CLAIM BAR DATE OF APRIL 17, 2025, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH ADMINISTRATIVE CLAIMS AGAINST THE DEBTOR OR ITS PROPERTY.

Dated: March 20, 2025

Respectfully submitted,

*/s/ Bryan C. Assink*
Bryan C. Assink
Texas State Bar No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: bryan.assink@bondsellis.com

**COUNSEL FOR REORGANIZED DEBTOR**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 20, 2025, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties requesting such service in this case, and by first class mail, postage prepaid, upon each of the parties included on the Debtor's master service list attached hereto.

*/s/ Bryan C. Assink*
Bryan C. Assink

**Formation Holdings, LLC**
**Case No. 24-41329-ELM-11**
**MASTER SERVICE LIST AS OF**
**2-26-2025**

Formation Holdings, LLC
P.O. Box 11186
Fort Worth, TX 76110

316 Joshua LLC
c/o Steve Fithian
3000 Race Street #100
Fort Worth, TX 76111

Advanced Diversified Services Inc.
7461 W. Vickery Blvd.
Fort Worth, TX 76116

AF Group
PO Box 734928
Chicago, IL 60673

AFISCO Ind
PO Box 5332
Arlington, TX 76005

All Pro Fasteners
PO Box 151227
Arlington, TX 76015

Andres Gonzalez
1615 Harmon Trace
Arlington, TX 76010

Aries Building Systems LLC
PO Box 95507
Chicago, IL 60694

Azz Metal Coatings
PO Box 843771
Dallas, TX 75284-3771

Beecher Meadow
230 S. Las Vegas Trail
Fort Worth, TX 76108

Betty Freeman
4437 FM 2135
Cleburne, TX 76031

Burk Material Handling LLC
11530 Hufsmith Kukendahl Rd.
Tomball, TX 77375

Cadd Alata
296 Kaska Rd
Sherwood Park, AB T8A 4G7
Canada

Cleburne Welding
2405 N. Main
Cleburne, TX 76033

Cody Spivey
308 Boyd Street
Cleburne, TX 76031

Cole's Portable Sanitation Service
8024 County Road 518
Burleson, TX 76028

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy-Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548

Comptroller of Public Accounts
PO Box 161878
Fort Worth, TX 76161

Conner Industries
PO Box 664074
Dallas, TX 75266-4074

Cox Industries
PO Box 480366
New Haven, MI 48048-0366

Daniel Duran
1016 Turner Street
Cleburne, TX 76033

Debbie Wright Sales
5852 E. Berry St.
Fort Worth, TX 76119

Delta Steel
PO Box 849086
Dallas, TX 75284-9086

Devin Ballard
308 S. Oran Ave.
Cleburne, TX 76031

Disa Global Solutions
Dept 3731, PO Box 123731
Dallas, TX 75312-3731

Echo Financial
2425 College Ave
Fort Worth, TX 76110

Esi Supply, LLC
P.O. Box 180759
Richland, MS 39218

Evelio Gallegos
205 Elizabeth
Cleburne, TX 76031

EZ Draw, LLC
5217 Lake Konawa Dr
Fort Worth, TX 76179

| | | |
|---|---|---|
| Frontier Bolt Company<br>555 Airport Drive<br>Mansfield, TX 76063 | G Squared Funding, LLC<br>8215 Roswell Rd, Bldg 600<br>Sandy Springs, GA 30350 | Geoforce, Inc.<br>P.O. Box 844567<br>Boston, MA 02284-4567 |
| Gerdau<br>P.O. Box 731478<br>Dallas, TX 75373-1478 | Handling Systems & Conveyers, Inc.<br>10909 Otter Creek East Blvd<br>Mabelvale, AR 72103 | Hewlett Office Systems<br>P.O. Box 95<br>Cleburne, TX 76033 |
| Holloway Company Inc.<br>PO Box 79577<br>Fort Worth, TX 76179-0577 | HTX Forklifts LLC<br>7618 Bluff Point Dr<br>Houston, TX 77086 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James Wood<br>9044 Summit Peninsula Dr.<br>  Apt. 4206<br>Fort Worth, TX 76123 | JCSUD<br>P.O. Box 1390<br>Joshua, TX 76058-1390 | Jerry Kee<br>404 Wells Court, Unit C<br>Keene, TX 76059 |
| John Coffey<br>14857 Gentry Drive<br>Aledo, TX 76008 | K-T Galvanizing Company<br>2500 Chambers St<br>Venus, TX 76084 | KAT Electric Services LLC<br>120 County Road 414<br>Cleburne, TX 76031 |
| Kloeckner Metals<br>P.O. Box 842820<br>Dallas, TX 75284-2820 | Mallory's Screen Print<br>P.O. Box 35<br>Joshua, TX 76058 | McKinney Trailer Rental<br>P.O. Box 515574<br>Los Angeles, CA 90051-4586 |
| McNichols Co<br>P.O. Box 779248<br>Chicago, IL 60677-9248 | Meadows Collier Reed Cousins Crouch<br>901 Main Street, Suite 3700<br>Dallas, TX 75202 | Mid-South Metals LLC<br>Accounts Receivable<br>2211 Norfolk St., Ste. 510<br>Houston, TX 77098 |
| Miner Grating Systems<br>1200 East State Street<br>Geneva, IL 60148 | National Office Liquidators<br>1502 E Hadley St #150<br>Phoenix, AZ 85034 | NewTek Small Business Finance, LLC<br>1981 Marcus Ave., Suite 130<br>Lake Success, NY 11042 |
| NMBS LLC-Hope<br>P.O. Box 675007<br>Dallas, TX 75267-5007 | Norton Metals<br>  a division of JMS Russell Metals<br>25 College Park Cove<br>Jackson, TN 38301 | Nucor Steel<br>8812 HWY 79 W<br>Jewett, TX 75846 |
| Nucor Tubular Products<br>6226 W. 74th Street<br>Chicago, IL 60638 | NUCOR Yamato Steel Co.<br>5929 E. State Hwy 18<br>Blytheville, AR 72315 | O'Neal Steel LLC<br>c/o Evan N. Parrott<br>11 N. Water Street, Ste. 24290<br>Mobile, AL 36602 |

Oates Metal Decking & Building Products
c/o Kimberly A. Bartley
Waldron & Schneider, PLLC
15150 Middlebrook Dr.
Houston, TX 77058

P&P Plumbing
P.O. Box 175
Cleburne, TX 76033

Panther City Industrial Supply
4455 Camp Bowie Blvd
Ste 114 #158
Fort Worth, TX 76107

Pat Mooney Inc
16 W Official Rd
Addison, IL 60101

Peddinghaus Corporation
301 N. Washington Ave
Bradley, IL 60915

Progressive
P.O. Box 650201
Dallas, TX 75265-0201

Progressive County Mutual Ins Co.
Dept. 0561
Carol Stream, IL 60132-0561

Quality Compressor Management Inc
SS Brown Funding
P.O. Box 173398
Arlington, TX 76003

Quench USA, Inc.
P.O. Box 735777
Dallas, TX 75373-5777

Saul Martinez
308 Elmo Street
Cleburne, TX 76031

Service Steel Warehouse LP
PO Box 843965
Dallas, TX 75284

Skyward Forge, LP
2560 King Arthur Blvd.
Suite 124-121
Lewisville, TX 75056

Skyward Forge, LP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230

Solid Oak Logistics LLC
748 Horse Shoe Rd
Godley, TX 76044

SSI
6410 Southwest Blvd, Suite 210
Fort Worth, TX 76109-3920

Staples Business Credit
7 Technology Circle
Columbia, SC 29203

Sunbelt Rentals Inc
PO Box 409211
Atlanta, GA 30384-9211

Tanner West
2425 College Avenue
Fort Worth, TX 76110

The Sherwin Williams Co.
305 S Beckham
Tyler, TX 75702

Tippen Steel Services
100 E. Lawrence Ave
Boyd, TX 76023

Tobias King
209 Apache Trail
Alvarado, TX 76009

Trimble Solutions USA, Inc.
P.O. Box 203558
Dallas, TX 75320-3558

Trinity Bank, N.A.
3500 West Vickery Blvd.
Fort Worth, TX 76107

Tru-Fit Products of Texas
460 Lake Rd
Medina, OH 44256

Turbo Freight, LLC
P.O. Box 1225
Burleson, TX 76097-1225

Tyler Moore
1205 Larkspur Ln
Cleburne, TX 76031

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

United Cooperative Services
P.O. Box 961079
Fort Worth, TX 76161-0079

U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75242

WM F Hurst Co LLC
2121 Southwest Blvd
Wichita, KS 67213

| | | |
|---|---|---|
| Work Wear Safety<br>6318 Airport Frwy Ste C<br>Haltom City, TX 76117 | Waste Connections<br>4001 Old Denton Road<br>Haltom City, TX 76117 | |
| Piedmont Steel<br>9184 Old Atlanta Hwy<br>Covington, GA 30014 | Evans General Contractors LLC<br>Las Cimas IV<br>900 S. Capital of Texas Hwy., Ste. 425<br>Austin, TX 78746 | Texas Workforce Commission<br>c/o Office of the Attorney General<br>Bankruptcy-Collections Division MC-008<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| | AT&T<br>Attn: Legal Dept.<br>675 West Peachtree Street NE<br>Atlanta, GA 30375 | Behrooz P. Vida<br>The Vida Law Firm, PLLC<br>3000 Central Drive<br>Bedford, TX 76021 |
| Internal Revenue Service<br>1100 Commerce Street. MC5027DAL<br>Dallas, TX 75242 | Patrick Thornton<br>16 W. Official Road<br>Addison, IL 60101 | Service Steel Warehouse Co. L.P.<br>c/o Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201 |
| Skyward Forge Capital Ventures LLC<br>2560 King Arthur Blvd., Suite 124-121<br>Lewisville, TX 75056 | | |
| Matthew T. Taplett<br>Aimee E. Marcotte<br>Pope, Hardwicke, Christie, et al<br>500 West 7th Street, Suite 600<br>Fort Worth, Texas 76102 | Jamie Kirk,<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>12221 Merit Drive, Suite 825<br>Dallas, Texas 75251 | City of Joshua, Joshua ISD, Johnson Cty<br>c/o Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins, Mott<br>500 E. Border Street, Suite 640<br>Arlington, Texas 76010 |
| Mark J. Petrocchi<br>GRIFFITH, JAY & MICHEL, LLP<br>2200 Forest Park Blvd.<br>Fort Worth, TX 76110 | Kyle L. Dickson<br>Murray Lobb, PLLC<br>2200 Space Park Drive, Suite 350<br>Houston, Texas 77058 | Frontier Bolt Company<br>c/o Lance H. "Luke" Beshara<br>PATEL GAINES, PLLC<br>221 West Exchange Avenue, Suite 306<br>Fort Worth, Texas 76164 |
| Russell W. Mills, Esq.<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, Texas 75201 | Weldon L. Moore, III<br>Sussman & Moore, L.L.P.<br>2911 Turtle Creek Blvd., Suite 1100<br>Dallas, Texas 75219 | Reeder General Construction, Inc.<br>c/o Robert A. Simon<br>Whitaker Chalk Swindle & Schwartz<br>301 Commerce Street, Suite 3500<br>Fort Worth, TX 76102 |
| Accident Fund General Insurance Company<br>PO Box 40790<br>Lansing, MI 48901 | Bratjen Construction Company<br>1701 E. Lamar Blvd., Suite 290<br>Arlington, TX 76006 | Central Mutual Insurance Company<br>800 S. Washington Street<br>Van Wert, OH 45891 |
| FPI Builders, LLC<br>2116 Wenneca Avenue<br>Fort Worth, TX 76102 | Hill Country Steel<br>13638 I.H. 10 East No. 2<br>Converse, TX 78109 | Reeder General Contractors, Inc.<br>6600 Hawks Creek Ave., Suite 200<br>Fort Worth, TX 76114 |

TCRG Construction
5201 Camp Bowie Blvd., Suite 200
Fort Worth, TX 76107

Top Flight Steel
101 CR 4717 South
Rhome, TX 76078

Westcliffe Construction
2633 Myrtle Springs Avenue
Dallas, TX 75220

Dawn Whalen Theiss
Assistant U.S. Attorney
1100 Commerce Street, Third Floor
Dallas, TX 75242